Brian P. Trelease, Esq. - (ID# 021352009)
**RAINONE COUGHLIN MINCHELLO, LLC**
555 U.S. Highway 1 South, Suite 440
Woodbridge, NJ 07095
Tel.: (732) 709-4182
Fax: (732) 791-1555
*Attorneys for Defendants, City of Long Branch and Chief Jason Roebuck*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JOHN VAN DYK,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>CITY OF LONG BRANCH, CHIEF JASON ROEBUCK, AND JOHN DOE ONE,<br><br>　　　　　Defendants. | Civil Action No.:<br><br>**NOTICE OF REMOVAL** |

**PLEASE TAKE NOTICE** that on this date the Defendants, City of Long Branch and Chief Jason Roebuck, by their undersigned counsel, has filed this Notice of Removal pursuant to 28 U.S.C. 1446(a) in the office of the Clerk of the United States District Court for the District of New Jersey.

Defendants, by their undersigned counsel, show:

1. The Plaintiff, John Van Dyke, brought an action against the City of Long Branch and Chief Jason Roebuck, by filing a Complaint and Jury Demand in New Jersey Superior Court, Monmouth County, on July 11, 2019.  A true copy of the Complaint is annexed hereto as **Exhibit A.**

2. The Summons and Complaint were served on these Defendants on July 17, 2019.

3. There have been no other proceedings in this action.

4. The Plaintiff is a resident of the State of New Jersey.

5. The above entitled action arises under federal law because in the Complaint and Jury Demand the Plaintiff is alleging that Defendants violated Plaintiff's federal civil rights, including his First Amendment rights under the Constitution of the United States.  <u>See</u> Counts I and II of Plaintiff's Complaint as attached hereto as **Exhibit A**.

6. Since the subject matter of Plaintiff's Complaint provides a federal question, jurisdiction over the matter is conferred on this Court by 28 U.S.C. 1331.

7. This notice is filed with this Court within thirty (30) days of the Defendants' receipt "through service of otherwise of a copy of the initial pleading setting forth the claim for relief upon such action or proceeding is based" as provided by 28 U.S.C. 21 1446(b).

8. The undersigned represents all Defendants in this matter.

**PLEASE TAKE FURTHER NOTICE** that Defendants, City of Long Branch and Chief Jason Roebuck, upon filing the Notice of Removal in the office of the Clerk of the District Court, has also filed copies of this Notice with the Clerk of the Superior Court, Monmouth County, Law Division, Monmouth County Courthouse, 71 Monument Street,

Freehold, New Jersey 07728, to effect removal of this action to the United States District Court pursuant to 28 U.S.C. 1446(d).

                                                **RAINONE COUGHLIN MINCHELLO, LLC**
Attorneys for Defendants, City of Long Branch and Chief Jason Roebuck

By: /s/Brian P. Trelease

Dated: August 6, 2019          Brian P. Trelease, Esq.

# EXHIBIT A

# SUMMONS

RECEIVED
JUL 1 7 2019
CITY CLERK'S OFFICE

| JOHN VAN DYK<br>PO BOX 290<br>ALLENWOOD, NJ 08720<br>732-567-0958<br><br>JOHN VAN DYK<br><br>v.<br><br>THE CITY OF LONG BRANCH ET. AL. | SUPERIOR COURT OF NEW JERSEY<br><br>MONMOUTH COUNTY LAW DIVISION<br><br>DOCKET : MON – L-002434-19<br><br>CIVIL ACTION<br><br>SUMMONS |
|---|---|

From The State of New Jersey To The Defendant(s) Named Above:

The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date you received it. (A directory of the addresses of each deputy clerk of the Superior Court is available in the Civil Division Management Office in the county listed above and online at http://www.njcourts.gov/forms/10153_deptyclerklawref.pdf.) If the complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, P.O. Box 971, Trenton, NJ 08625-0971. A filing fee payable to the Treasurer, State of New Jersey and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appear above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee of $175.00 and completed Case Information Statement) if you want the court to hear your defense.

If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment. If you cannot afford an attorney, you may call the Legal Services office in the county where you live or the Legal Services of New Jersey Statewide Hotline at 1-888-LSNJ-LAW (1-888-576-5529). If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A directory with contact information for local Legal Services Offices and Lawyer Referral Services is available in the Civil Division Management Office in the county listed above.

CLERK OF THE SUPERIOR COURT

Orig: Reunere
cc: Jackson. Cebucle
file

DATE: 7/15/2019
NAME OF DEFENDANT TO BE SERVED: CITY OF LONG BRANCH, NJ
ADDRESS OF DEFENDANT TO BE SERVED: 344 BROADWAY LONG BRANCH, NJ 07740

John Van Dyk, Plaintiff
Address: PO Box 290 Allenwood, NJ 08720
Telephone: (732)-567-0958

| | |
|---|---|
| JOHN VAN DYK<br><br>*Plaintiff*<br><br>V.<br><br>LONG BRANCH, N.J., CHIEF JASON ROEBUCK, AND JOHN DOE ONE<br><br>*Defendants* | **SUPERIOR COURT OF NEW JERSEY**<br><br>**MONMOUTH COUNTY CIVIL DIVISION**<br><br>**DOCKET NUMBER: MON – L -002434-19**<br><br>**COMPLAINT AND JURY DEMAND** |

Plaintiff, John Van Dyk, by way of complaint against the defendants asserts as follows :

## PRELIMINARY STATEMENT

**1.** This is an action being brought against the defendant municipality and its agents, under the federal civil rights statute 42 U.S.C. 1983, and the ancillary state statute, the New Jersey Civil Rights Act, codified at N.J.S.A. 10:6-1 Et. Seq., for violating plaintiff's constitutionally protected exercise of free speech suppressed, by arbitrarily and capriciously blocking him from commenting on the Long Branch Police Department's public facebook page, without justification or reason.

## PARTIES

**2. Plaintiff JOHN VAN DYK**, referred to as "plaintiff" hereafter, is an individual, civil rights activist and citizen journalist, who resided in Monmouth County, N.J. at the time of legal injury, and still does reside therein at the time this complaint is being filed.

**3. Defendant, CITY OF LONG BRANCH**, is a political subdivision of the State of New Jersey, located in Monmouth County, incorporated under the laws therein.

**4. Defendant, JASON ROEBUCK**, is the Chief of Long Branch's Police Department and was the Director of Public Safety in the defendant municipality since at least 2016.

**5. Defendant JOHN DOE ONE** , is the unidentified individual agent of Long Branch responsible for maintaining the official Facebook Page of the Long Branch Police Department.

## JURISDICTION AND VENUE

7. Jurisdiction is proper under 42 U.S.C. 1983 and the N.J. Civil Rights Act.

8. Venue is proper because Monmouth County, N.J. is the site of legal injury.

## FACTS GIVING RISE TO LIABILITY

9. Plaintiff is a civic activist who has been engaged in video journalism, vis-a-vis his youtube channels, covering Monmouth County political and police misconduct.

10. As part of his activism and journalism, Plaintiff routinely monitors and comments on the facebook pages of Monmouth County municipalities and law enforcement agencies.

11. Upon suspecting that he had been blocked from commenting on the Long Branch Police Department's Facebook page, Plaintiff sent in an Open Public Records Act request, commonly referred to as an OPRA request, seeking a copy of the Long Branch P.D.'s block list as well as records associated with the Long Branch P.D.'s Block list on February 12, 2019.

12. On February 19, 2019, the OPRA response indicated that the Plaintiff had been blocked from commenting on the Long Branch Police Department's facebook page on July 25, 2016, and further indicated that the Police Department could not provide a reason or justification as to why the Plaintiff was blocked.

13. As of July 3, 2019, the Plaintiff still remains blocked on the Long Branch Police Department's facebook page.

## I. COUNT ONE
## 42 U.S.C 1983
## VIOLATION OF PLAINTIFF'S FREE SPEECH RIGHTS UNDER THE FIRST AMENDMENT TO THE UNITED STATES CONSTITUTION

14. Plaintiff's constitutional right to observe and participate in conversation and debate on governmental forums and at governmental meetings, like those of any other American citizen is safeguarded by the First Amendment to the U.S. Constitution.

15. The Long Branch Police Department's Facebook page is maintained by, and on behalf, of a governmental entity, the City of Long Branch, N.J.

16. Members of the general public are permitted to comment on it and frequently do.

17. The absolute prohibition on Plaintiff's ability to post comments on governmental posts on the Long Branch Police Department's Facebook page violates the Free Speech Clause to the United States Constitution.

18. By the proximate conduct of the defendants, and violations of his civil rights the Plaintiff has been legally injured.

## II. COUNT TWO
## VIOLATION OF PLAINTIFF'S FREE SPEECH RIGHTS UNDER THE NEW JERSEY STATE CONSTITUTION

19. The State Constitution protects the right to free speech against infringement by government actors.

20. The Long Branch Police Department's Facebook page is maintained by, and on behalf, of a governmental entity, the City of Long Branch, N.J.

21. Members of the general public are permitted to comment on it and frequently do.

22. The absolute prohibition on Plaintiff's ability to post comments on governmental posts on the Long Branch Police Department's Facebook page violates the Free Speech Clause to the United States Constitution.

23. By the proximate conduct of the defendants, and violations of his civil rights the Plaintiff has been legally injured.

### DEMAND FOR JUDGMENT

WHEREFORE Plaintiff demands judgment jointly and severally agains Defendants for compensatory damages for injuries, and punitive damages.

### CERTIFICATION PURSUANT TO R. 4:5-1

I hereby certify, pursuant to R. 4:5-1, that the present matter in controversy is not the subject of any other action pending in any court, nor is the subject of any arbitration proceeding contemplated.

_7-11-19_
DATE

_[signature]_
JOHN VAN DYK

### PROOF OF MAILING

I hereby certify that an original and copy of the within complaint was filed with the Clerk of Monmouth County as Deputy Clerk of the Superior Court of Monmouth County.

_7-11-19_
DATE

_[signature]_
JOHN VAN DYK

Appendix XII-B1

# Civil Case Information Statement (CIS)

Use for initial Law Division Civil Part pleadings (not motions) under Rule 4:5-1
Pleading will be rejected for filing, under Rule 1:5-6(c), if information above the black bar is not completed or attorney's signature is not affixed

**For Use by Clerk's Office Only**
Payment type: ☐ ck ☐ cg ☐ ca
Chg/Ck Number:
Amount:
Overpayment:
Batch Number:

**Attorney/Pro Se Name:** John Van Dyk
**Telephone Number:** 732-567-0958
**County of Venue:** Monmouth
**Firm Name (if applicable):** N/A
**Docket Number (when available):**
**Office Address:** P.O. Box 290, Allenwood, NJ 08720
**Document Type:** Complaint / Jury Demand
**Jury Demand:** ☑ Yes ☐ No

**Name of Party:** John Van Dyk
**Caption:** John Van Dyk v. Long Branch, NJ, Chief Jason Roebuck, and John Doe One.

**Case Type Number:** 005 Civil Rights Track III
**Is this a professional malpractice case?** ☐ Yes ☑ No

**Related Cases Pending?** ☐ Yes ☑ No
If "Yes," list docket numbers:

**Do you anticipate adding any parties (arising out of same transaction or occurrence)?** ☐ Yes ☑ No

**Name of defendant's primary insurance company (if known):** ☐ None ☑ Unknown

---

The Information Provided on This Form Cannot be Introduced into Evidence.

**Case Characteristics for Purposes of Determining if Case is Appropriate for Mediation**

**Do parties have a current, past or recurrent relationship?** ☐ Yes ☑ No
If "Yes," is that relationship: ☐ Employer/Employee ☐ Friend/Neighbor ☐ Other (explain) ☐ Familial ☐ Business

**Does the statute governing this case provide for payment of fees by the losing party?** ☑ Yes ☐ No

Use this space to alert the court to any special case characteristics that may warrant individual management or accelerated disposition:
N/A

**Do you or your client need any disability accommodations?** ☐ Yes ☑ No
If yes, please identify the requested accommodation:

**Will an interpreter be needed?** ☐ Yes ☑ No
If yes, for what language?

I certify that confidential personal identifiers have been redacted from documents now submitted to the court and will be redacted from all documents submitted in the future in accordance with Rule 1:38-7(b).

**Attorney Signature:** /s/ John Van Dyk  Pro Se

Revised Form Promulgated by 07/01/2019 Notice to the Bar, CN 10517

page 1 of 2

Case 3:19-cv-16409-MAS-LHG   Document 1   Filed 08/06/19   Page 11 of 11 PageID: 11

Side 2



# CIVIL CASE INFORMATION STATEMENT
## (CIS)
Use for initial pleadings (not motions) under Rule 4:5-1

**CASE TYPES** (Choose one and enter number of case type in appropriate space on the reverse side.)

### Track I - 150 days' discovery
- 151  NAME CHANGE
- 175  FORFEITURE
- 302  TENANCY
- 399  REAL PROPERTY (other than Tenancy, Contract, Condemnation, Complex Commercial or Construction)
- 502  BOOK ACCOUNT (debt collection matters only)
- 505  OTHER INSURANCE CLAIM (including declaratory judgment actions)
- 506  PIP COVERAGE
- 510  UM or UIM CLAIM (coverage issues only)
- 511  ACTION ON NEGOTIABLE INSTRUMENT
- 512  LEMON LAW
- 801  SUMMARY ACTION
- 802  OPEN PUBLIC RECORDS ACT (summary action)
- 999  OTHER (briefly describe nature of action)

### Track II - 300 days' discovery
- 305  CONSTRUCTION
- 509  EMPLOYMENT (other than CEPA or LAD)
- 599  CONTRACT/COMMERCIAL TRANSACTION
- 603N AUTO NEGLIGENCE – PERSONAL INJURY (non-verbal threshold)
- 603Y AUTO NEGLIGENCE – PERSONAL INJURY (verbal threshold)
- 605  PERSONAL INJURY
- 610  AUTO NEGLIGENCE – PROPERTY DAMAGE
- 621  UM or UIM CLAIM (includes bodily injury)
- 699  TORT – OTHER

### Track III - 450 days' discovery
- (005) CIVIL RIGHTS
- 301  CONDEMNATION
- 602  ASSAULT AND BATTERY
- 604  MEDICAL MALPRACTICE
- 606  PRODUCT LIABILITY
- 607  PROFESSIONAL MALPRACTICE
- 608  TOXIC TORT
- 609  DEFAMATION
- 616  WHISTLEBLOWER / CONSCIENTIOUS EMPLOYEE PROTECTION ACT (CEPA) CASES
- 617  INVERSE CONDEMNATION
- 618  LAW AGAINST DISCRIMINATION (LAD) CASES

### Track IV - Active Case Management by Individual Judge / 450 days' discovery
- 156  ENVIRONMENTAL/ENVIRONMENTAL COVERAGE LITIGATION
- 303  MT. LAUREL
- 508  COMPLEX COMMERCIAL
- 513  COMPLEX CONSTRUCTION
- 514  INSURANCE FRAUD
- 620  FALSE CLAIMS ACT
- 701  ACTIONS IN LIEU OF PREROGATIVE WRITS

### Multicounty Litigation (Track IV)
- 271  ACCUTANE/ISOTRETINOIN
- 274  RISPERDAL/SEROQUEL/ZYPREXA
- 281  BRISTOL-MYERS SQUIBB ENVIRONMENTAL
- 282  FOSAMAX
- 285  STRYKER TRIDENT HIP IMPLANTS
- 286  LEVAQUIN
- 289  REGLAN
- 291  PELVIC MESH/GYNECARE
- 292  PELVIC MESH/BARD
- 293  DEPUY ASR HIP IMPLANT LITIGATION
- 295  ALLODERM REGENERATIVE TISSUE MATRIX
- 296  STRYKER REJUVENATE/ABG II MODULAR HIP STEM COMPONENTS
- 297  MIRENA CONTRACEPTIVE DEVICE
- 299  OLMESARTAN MEDOXOMIL MEDICATIONS/BENICAR
- 300  TALC-BASED BODY POWDERS
- 601  ASBESTOS
- 623  PROPECIA
- 624  STRYKER LFIT CoCr V40 FEMORAL HEADS
- 625  FIREFIGHTER HEARING LOSS LITIGATION
- 626  ABILIFY
- 627  PHYSIOMESH FLEXIBLE COMPOSITE MESH
- 628  TAXOTERE/DOCETAXEL
- 629  ZOSTAVAX
- 630  PROCEED MESH/PATCH

If you believe this case requires a track other than that provided above, please indicate the reason on Side 1, in the space under "Case Characteristics.

**Please check off each applicable category**   ☐ Putative Class Action   ☐ Title 59

Revised Form Promulgated by 07/01/2019 Notice to the Bar, CN 10517

page 2 of 2