

Louis N. Rainone
Craig J. Coughlin*
David L. Minchello
Ronald H. Gordon
Carol A. Berlen
John F. Gillick
Brian P. Trelease*
Walter D. Denson
Claudia Marchese
Charles R.G. Simmons*
* Also admitted in New York

Anne E. Rowan
Ruben D. Perez*
Matthew R. Tavares*
Jeremy M. Brooks

Writer's Direct:
btrelease@NJRCMLaw.com

November 13, 2019

**VIA ECF**
Lois H. Goodman, U.S.M.J.
United States District Court of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 E State St Office, Room 2020
Trenton, NJ 08608

    Re:  **John Van Dyk v. City of Long Branch, et. al.**
          **Civil Action No.: 19-cv-16409**
          **Our File No.: 77-0012**

Dear Judge Goodman:

    This law firm represents Defendants, City of Long Branch and Chief Jason Roebuck (collectively the "City Defendants") in the above-referenced matter. We respectfully advise Your Honor that this matter has reached a settlement between Plaintiff and the City Defendants. A Stipulation of Dismissal with prejudice will be filed shortly. As such, we respectfully request an adjournment of the Conference scheduled before Your Honor on November 14th.

    We thank Your Honor for your anticipated courtesies in this matter.

                          Respectfully submitted,
                          **RAINONE COUGHLIN MINCHELLO, LLC**

                          By: _____
BPT/ua                            Brian P. Trelease, Esq.

cc:  Lois H. Goodman, U.S.M.J. – (Via ECF and Lawyers Service)
      John Van Dyk – (Via Email and Regular Mail)